UNITED STATES DISTRICT COURT

for the

District of Nebraska

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Arthur J. Dobrusky          **Docket Number:** 4:02CR3046 |
| **Sentencing Judge:** | The Honorable Richard G. Kopf<br>U.S. District Judge |
| **Date of Original Sentence:** | November 7, 2002 |
| **Original Offense:** | Ct. I-Possession With Intent to Distribute Methamphetamine [21 U.S.C. 841(a)(1)statute]<br>Ct.II-Possession of a Firearm During Drug Trafficking [18 U.S.C.924(c)(1)(A)] |
| **Original Sentence:** | Ct. I-120 months custody, 10 years of SR and Ct. II-60 months custody, 5 years of SR (concurrently) |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | September 24, 2008 |

**PETITIONING THE COURT**

\_\_\_  To extend the term of supervision for _____, for a total term of _____.

 X   To modify the conditions of supervision as follows:

**Special Condition #1, which prohibits ANY alcohol use is suspended until further order of the Court**; however, Standard Condition #7 which states the: "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician"remains active and in full effect.

Dobrusky, Arthur 4:02-cr-03046-RGK Doc # 78 Filed: 12/21/09 Page 2 of 2 - Page ID # 124
Request to Modify Conditions of Supervision
December 21, 2009

# CAUSE

The above-named offender submitted correspondence to the Court requesting that the Court review his "no alcohol clause" so that he be permitted to "occasionally" consume alcohol, and be allowed to enter establishments that serve alcohol to play pool and participate in other activities in such establishments. The Probation Office does not oppose this request as Mr. Dobrusky's performance on supervised release has been exemplary. Further, this request for modification is being submitted at the Court's prior approval.

Respectfully submitted,

Jeff A. Anthens
U.S. Probation Officer

Reviewed by,

David E. Goering, Supervisor
U.S. Probation Officer

THE COURT ORDERS

_____ No Action

_____ The Extension of Supervision as noted above

__x__ The Modification of Conditions as noted above

_____ Other

Richard G. Kopf                               December 21, 2009
_____                    _____
The Honorable Richard G. Kopf                 Date
U.S. District Judge